UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES S. QUINN and YOKO QUINN,

                Plaintiffs,

  -against-

                                        11 CIV 5371 (RJH)(JLC)

METROPOLITAN TRANSPORTATION                 AFFIDAVIT OF SERVICE
AUTHORITY, MICHAEL FUCILLI,                       OF SUMMONS AND COMPLAINT
RICHARD LEGRAND, KEYLA HAMMAN,
ADAM JUTZE, PAUL LEGGIO, "JOHN"
CHEUNG, "JOHN" FLANAGAN,
Individually and as members of the
METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK  )
                          :SS:
COUNTY OF NEW YORK  )

     **Philip J. Vogt**, being duly sworn, deposes and says:

     I am over 18 years of age, not a party to this action, and reside in Nassau County, New York.

     That on the **1st day of September, 2011, at 11:40 a.m.** at the **METROPOLITAN TRANSPORTATION AUTHORITY, 347 Madison Avenue, New York, NY 10017,** I served the **SUMMONS AND COMPLAINT** upon **Ann Cutler, paralegal,** therein named by delivering to and leaving personally with said **Ann Cutler, paralegal,** a true copies thereof.

     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: WHITE | HAIR: BLONDE |
| APP.AGE: 55 YEARS OLD | APP.HT: 5'5" | APP.WT: 145LBS |

OTHER IDENTIFYING FEATURES:  GLASSES

     Deponent further says; that at the time of such service I knew the said law office so served as aforesaid to be an office empowered to receive service for ADAM JUTZE, Individually and as a member of the METROPOLITAN TRANSPORTATION AUTHORITY, and knew the said **Ann Cutler** to be such officer thereof.

                                                           _____
Sworn to before me this                              PHILIP J. VOGT
1ST day of September, 2011

_____                            ELIZABETH ZYMBERI
    Notary Public                          NOTARY PUBLIC, STATE OF NEW YORK
                                                        NO. 02ZY6005916
                                                        QUALIFIED IN RICHMOND COUNTY
                                                       COMMISSION EXPIRES APR. 20, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES S. QUINN and YOKO QUINN,

                              Plaintiffs,

       -against-                                        11 CIV 5371 (RJH)(JLC)

METROPOLITAN TRANSPORTATION
AUTHORITY, MICHAEL FUCILLI,                      **AFFIDAVIT OF SERVICE**
RICHARD LEGRAND, KEYLA HAMMAN,             **OF SUMMONS AND**
ADAM JUTZE, PAUL LEGGIO, "JOHN"              **COMPLAINT**
CHEUNG, "JOHN" FLANAGAN,
Individually and as members of the
METROPOLITAN TRANSPORTATION
AUTHORITY,

                              Defendants.
------------------------------------------------------------X

STATE OF NEW YORK  )
                       :SS:
COUNTY OF NEW YORK )

      **Elizabeth Chiatto Zymberi**, being duly sworn, deposes and says:

      I am over 18 years of age, not a party to this action, and reside in Highland Mills, New York.

      That on the 7th **day of September, 2011,** service of the Summons and Complaint was completed on defendant Adam Jutze, by mailing a true copy of the Summons and Verified Complaint in a postpaid envelope to defendant's actual place of business at the address of: Officer Adam Jutze, c/o Metropolitan Transportation Authority, 345 Madison Avenue, 9th Floor, New York, New York, 10017, bearing the words "Personal & Confidential" by First Class Mail on September 7, 2011, and placed in an official depository of the U.S.P.S. in the State of New York.

                                                                _____
Sworn to before me this                            Elizabeth Chiatto Zymberi
27th day of September, 2011

_____
Notary Public

PHILIP P. VOGT
Notary Public, State of New York
No. 02-4733800
Qualified in Nassau County
Commission Expires Dec. 31, 199_

11 -CV- 5371 (RJH) (JLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES S. QUINN and YOKO QUINN,

Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, MICHAEL FUCILLI,
RICHARD LEGRAND, KEYLA HAMMAN,
ADAM JUTZE, et al.

Defendants.

AFFIDAVIT OF SERVICE OF
SUMMONS AND COMPLAINT

ALTIER & VOGT, LLC
Attorneys for Plaintiff
Office & P.O. Address:
5 Penn Plaza (23rd Floor)
New York, New York 10001
(212) 835-1640

To:

Attorney(s) for

---

NOTICE OF ENTRY OR SETTLEMENT

Sir(s):

PLEASE TAKE NOTICE that a

___ NOTICE OF ENTRY

of which the within is a (true) (certified) copy was duly entered within named Court on _____ 200__

___ NOTICE OF SETTLEMENT

will be presented for settlement to the Hon. _____ one of the Judges of the within named Court at the Courthouse at _____

on _____ 200__

at _____ o'clock A.M.

Dated:

Yours, etc.,

ALTIER & VOGT, LLC
Attorneys for Plaintiff
Office & P.O. Address:
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1640

To:

Attorney(s) for

---

ADMISSION OF SERVICE

The undersigned acknowledges receipt of a copy of the within

on _____ 200__

at _____ o'clock __M.

........................................
Attorney(s) for

By:........................................

ATTORNEY'S CERTIFICATION

STATE OF NEW YORK, COUNTY OF

The undersigned, an attorney admitted to practice in the State of New York, does hereby certify, pursuant to Section 2105 CPLR, that I have compared the within with the original and have found it to be a true and complete copy thereof.

Dated: _____ 200__

........................................